FREDERICK H. VATH, Appellant, v. MARGARET VATH, Respondent.— In an action for an annulment, order granting defendant's motion for alimony and counsel fee and order denying plaintiff's motion to strike out paragraphs first and second of the answer and to dismiss the defense affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ., concur.

## (October 9, 1936.)

ESTHER BABCOCK, as Administratrix, etc., of JAMES N. BABCOCK, Deceased, Respondent, v. THE NEW JERSEY AND NEW YORK RAILROAD COMPANY, Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty and Adel, JJ.; Taylor, J., not voting.

MARY BORRELLO and Others, Respondents, v. AUSTIN NICHOLS & Co., INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

THE BOWERY SAVINGS BANK, Plaintiff-Respondent, v. MEL & SONS, INC., Appellant, and MARTHA WASHINGTON APTS., INC., and Others, Defendants, and BARNETT J. NOVA, Receiver, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

THE BROOKLYN NATIONAL BANK OF NEW YORK, Appellant, v. ALFRED LAMBERG, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.